IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    vs.                       )<br>                              )<br>LARCE NELSON,                 )<br>                              )<br>        Defendant.            ) | 8:09CR417<br><br>ORDER |

This matter is before the court on the motion to continue by defendant Larce Nelson (Nelson) (Filing No. 15).  Nelson seeks a continuance of the trial of this matter which is scheduled for January 25, 2010.  Nelson's counsel has represented to the court that Nelson will submit an affidavit wherein Nelson represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Nelson's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Nelson's motion to continue trial (Filing No. 15) is granted.

2. Trial of this matter is re-scheduled for **March 8, 2010,** before Chief Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 14, 2010 and March 8, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge